O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNEL HATCHER, | Case No. 2:20-cv-03630-RGK-KES |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| ACTIVE WARDEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 4).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition as an unauthorized second or successive petition under 28 U.S.C. § 2255.

DATED:  June 12, 2020

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE