JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DONELL HATCHER,

         Petitioner,

    v.

ACTIVE WARDEN,

         Respondent.

Case No. 2:20-cv-03630-RGK-KES

**JUDGMENT**

     Pursuant to the Court's Order Accepting Report and Recommendation of the U.S. Magistrate Judge,

     IT IS ADJUDGED that the Petition is dismissing as an unauthorized second or successive petition under 28 U.S.C. § 2255.

DATED:  June 12, 2020

_____

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE